# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Nazed Munoz Morales,<br><br>                            Debtor. | Case No. 26-10603-PMM<br>Chapter 7 |

### Certificate of Service

I, Michael A. Cibik, certify that on March 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Continued 341(a) Meeting

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: March 10, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - First Class Mail:**

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

NAVY FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Dept. of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond Tax Lit &
Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617