**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Nazed Munoz Morales,<br><br>                         Debtor. | Case No. 26-10603-PMM<br>Chapter 7 |

**Notice of Continued 341(a) Meeting**

This notice is to inform you that Debtor Nazed Munoz Morales's 341(a) Meeting of Creditors has been continued to April 29, 2026 at 9:00 A.M. with Trustee Robert H. Holber.

Date: March 10, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com